IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Michael A. Dzurko, and | ) | Bankruptcy No. 19-23105 CMB |
| Amy L. Dzurko | ) | |
| Debtor (s) | ) | |
| | ) | Chapter 13 |
| Scott R. Lowden, Esquire | ) | |
| Applicant(s) | ) | |
| v. | ) | Doc. No.   57 |
| No Respondent | ) | |
| Respondent(s) | ) | **ENTERED BY DEFAULT** |

## ORDER OF COURT

AND NOW, this <u>17th</u> day of <u>March</u>, 2022, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date attorney fees and costs are found to be $5,588.50, of which $5,417.50 are attorney fees and $171.00 are costs, and that the total previously allowed Attorney's Fees and Costs were $4,000.00. This award covers the period from 7/29/2019 to 2/22/2022.

Therefore, the Application in its face amount of $1,588.50 for additional compensation for services rendered by Rice & Associates Law Firm as Attorney for Debtor(s) are allowed, and the total additional sum of $1,588.50 is to be paid to Rice & Associates Law Firm as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Scott R. Lowden, Esquire, pursuant to prior confirmed Plan(s) at $110.00 per month.

Further, the Clerk shall record the award of additional compensation for services rendered between July 29, 2019 and February 22, 2022 in the amount of **$1,417.50** and expenses in the amount of **$171.00** for a total of **$1,588.50**. The total award of compensation for services to date, is **$5,417.50** and expenses in the amount of **$171.00** for a grand total in the amount of **$5,588.50**.

FILED
3/17/22 9:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_  dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 19-23105-CMB
Michael A. Dzurko | Chapter 13
Amy L. Dzurko
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Mar 17, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2022:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Michael A. Dzurko, Amy L. Dzurko, 1923 Avella Road, Avella, PA 15312-2371

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2022 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
     on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com

David A. Rice
     on behalf of Debtor Michael A. Dzurko ricelaw1@verizon.net lowdenscott@gmail.com

David A. Rice
     on behalf of Joint Debtor Amy L. Dzurko ricelaw1@verizon.net lowdenscott@gmail.com

Jerome B. Blank
     on behalf of Creditor Caliber Home Loans INC. pawb@fedphe.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish

on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Scott R. Lowden

on behalf of Debtor Michael A. Dzurko niclowlgl@comcast.net

Scott R. Lowden

on behalf of Joint Debtor Amy L. Dzurko niclowlgl@comcast.net

Sindi Mncina

on behalf of Creditor Caliber Home Loans INC. smncina@rascrane.com

Thomas Song

on behalf of Creditor Caliber Home Loans INC. pawb@fedphe.com

TOTAL: 11