**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/28/2022

IN RE:

| | |
|---|---|
| MICHAEL A. DZURKO<br>AMY L. DZURKO<br>1923 AVELLA ROAD<br>AVELLA,  PA  15312<br>XXX-XX-9122         Debtor(s)<br><br>XXX-XX-0289 | Case No.19-23105 CMB<br><br>Chapter 13 |

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/28/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JCP/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 9842 |
| **MCGRATH MCCALL PC**<br>FOUR GATEWAY CENTER STE 1040<br>444 LIBERTY AVE<br>PITTSBURGH, PA  15222 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FIRST CMMNWLTH BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PHELAN HALLINAN DIAMOND & JONES LLP**<br>C/O PMB SSS ACQUISITION<br>PO BOX 8990<br>TURNERSVILLE, NJ  08012-8990 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CALIBER HOME/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ  85062-8367 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM: 0.00<br>COMMENT: 588.01/PL*568.01X60+2=LMT | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2426 |
| **MIDFIRST BANK SSB***<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DK4PMT-LMT*1ST/SCH*BGN 9/19*FR CALIBER-DOC 36 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 6569 |
| **FIRST COMMONWEALTH BANK(*)**<br>POB 400*<br>INDIANA, PA  15701 | Trustee Claim Number: 6   INT %: 5.00%<br>Court Claim Number: 2<br>CLAIM: 16,542.93<br>COMMENT: $/CL-PL@5%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 8266 |
| **HARLEY DAVIDSON CREDIT CORP***<br>BOX 15129<br>PALATINE, IL  60055-5129 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 5-2<br>CLAIM: 0.00<br>COMMENT: SURR/PL*AMC CL=0*W/39 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4323 |
| **AMERICAN EXPRESS NATIONAL BANK**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 2,907.30<br>COMMENT: 6643/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1005 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 9,107.85<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4586 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 3,330.49<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0860 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** PO BOX 71083  CHARLOTTE, NC 28272-1083 | Trustee Claim Number:11  INT %: 0.00% Court Claim Number:7 | CLAIM: 1,626.69 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4641 |
| **CBCS** PO BOX 2724  COLUMBUS, OH 43216-2724 | Trustee Claim Number:12  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: SPARTAN HEALTH/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0278 |
| **CITIBANK NA**** 6716 GRADE LN BLDG 9 STE 910-PY DEPT  LOUISVILLE, KY 50325-3439 | Trustee Claim Number:13  INT %: 0.00% Court Claim Number:23 | CLAIM: 2,321.80 COMMENT: SEARS | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3343 |
| **LVNV FUNDING LLC** C/O RESURGENT CAPITAL SVCS PO BOX 10587  GREENVILLE, SC 29603-0587 | Trustee Claim Number:14  INT %: 0.00% Court Claim Number:13 | CLAIM: 3,353.39 COMMENT: SHERMAN/CITIBANK | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9440 |
| **COMENITY BANK** PO BOX 182272  COLUMBUS, OH 43218 | Trustee Claim Number:15  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: NT ADR~GIANT EAGLE/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4673 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** PO BOX 788  KIRKLAND, WA 98083-0788 | Trustee Claim Number:16  INT %: 0.00% Court Claim Number:14 | CLAIM: 982.41 COMMENT: GIANT EAGLE | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4665 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** PO BOX 788  KIRKLAND, WA 98083-0788 | Trustee Claim Number:17  INT %: 0.00% Court Claim Number:15 | CLAIM: 1,088.70 COMMENT: KAY JWLRS | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2058 |
| **CREDIT FIRST NA*** BK 13 CREDIT OPERATIONS* POB 818011*  CLEVELAND, OH 44181-8011 | Trustee Claim Number:18  INT %: 0.00% Court Claim Number:10 | CLAIM: 1,005.95 COMMENT: 6253/SCH*FIRESTONE | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9122 |
| **CREDIT FIRST NA*** BK 13 CREDIT OPERATIONS* POB 818011*  CLEVELAND, OH 44181-8011 | Trustee Claim Number:19  INT %: 0.00% Court Claim Number:11 | CLAIM: 1,002.75 COMMENT: 4271/SCH*FIRESTONE | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0289 |
| **CREDIT MANAGEMENT CO** 2121 NOBLESTOWN RD  PITTSBURGH, PA 15205-3956 | Trustee Claim Number:20  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: UPMC TUITION/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2224 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **US DEPARTMENT OF EDUCATION**<br>C/O NELNET<br>PO BOX 2837<br>PORTLAND, OR 97208 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 80,589.83<br>COMMENT: 4023/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9122 |
| **US DEPARTMENT OF EDUCATION - NELNET**<br>PO BOX 82561<br>LINCOLN, NE 68501 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5623 |
| **US DEPARTMENT OF EDUCATION - NELNET**<br>PO BOX 82561<br>LINCOLN, NE 68501 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3923 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 1,149.84<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1715 |
| **IC SYSTEM INC++**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN 55164 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AMBULATORY ANESTHESIA/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7021 |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 391.82<br>COMMENT: KOHL'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8455 |
| **PAYPAL BUYER CREDIT**<br>POB 960080<br>ORLANDO, FL 32896-0080 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1779 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 2,138.27<br>COMMENT: SYNCHRONY/AMAZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7236 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:17<br>CLAIM: 4,775.69<br>COMMENT: CARE CREDIT/SCH*SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3200 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:22<br>CLAIM: 3,450.53<br>COMMENT: SYNCHRONY/LOWE'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0604 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 20<br><br>CLAIM: 4,167.59<br>COMMENT: SYNCHRONY/PAYPAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1779 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 21<br><br>CLAIM: 1,466.81<br>COMMENT: SYNCHRONY/SAM'S CLUB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5169 |
| **TRANSWORLD SYSTEMS**<br>PO BOX 15618<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: GRTR WASH/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4432 |
| **TRANSWORLD SYSTEMS**<br>PO BOX 15618<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: GRTR WASH/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4431 |
| **US BANK NA\*\***<br>PO BOX 5227<br><br>CINCINNATI, OH 45201-5227 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 4<br><br>CLAIM: 1,904.82<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2939 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br><br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 25<br><br>CLAIM: 1,298.93<br>COMMENT: 9/19 LAST TRANSACTN*NO PMT EVER*STALE? | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **MIDFIRST BANK SSB\***<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 16<br><br>CLAIM: 928.58<br>COMMENT: $/CL-PL*1ST/SCH*THRU 8/19*FR CALIBER-DOC 36 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6569 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 19<br><br>CLAIM: 0.00<br>COMMENT: ACCT NT/SCH*FIFTH THIRD BANK*CL @ 3784.43 W/DRAWN-DOC 24 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9653 |
| **HARLEY DAVIDSON CREDIT CORP\***<br>BOX 15129<br><br>PALATINE, IL 60055-5129 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 5-2<br><br>CLAIM: 6,927.44<br>COMMENT: DFNCY BAL*AMD*W/7 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4323 |
| **ALLY BANK(\*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: 24<br><br>CLAIM: 28.40<br>COMMENT: $/CL-PL*ARRS | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2426 |

| CLAIM RECORDS | | |
|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:41  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT: MIDFIRST BANK/PRAE | |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** | Trustee Claim Number:42  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| ATTN BANKRUPTCY NOTICING | Court Claim Number: | ACCOUNT NO.: |
| 4515 N SANTA FE AVE DEPT APS | CLAIM: 0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT: ALLY BANK/PRAE | |