IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 19-23105 CMB |
| Michael A. Dzurko | ) | |
| Amy L. Dzurko | ) | Chapter 13 |
| Debtor (s) | ) | |
| | ) | |
| Michael A. Dzurko | ) | |
| Amy L. Dzurko | ) | Related to Claim No. 16 |
| Movant(s) | ) | |
| v. | ) | Document No. 64 |
| | ) | |
| MidFirst Bank | ) | |
| | ) | |
| Respondent(s) | ) | |

ORDER OF COURT

AND NOW, this ___10th___ day of ___February___, 2023

It is ORDERED that time to comply with LBR 3002-4 be extended to May 16, 2023.

FILED
2/10/23 8:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

By the Court:

_[signature]_

United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23105-CMB |
| Michael A. Dzurko | Chapter 13 |
| Amy L. Dzurko | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 10, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael A. Dzurko, Amy L. Dzurko, 1923 Avella Road, Avella, PA 15312-2371 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2023         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor Michael A. Dzurko ricelaw1@verizon.net lowdenscott@gmail.com |
| David A. Rice | on behalf of Joint Debtor Amy L. Dzurko ricelaw1@verizon.net lowdenscott@gmail.com |
| Jerome B. Blank | on behalf of Creditor Caliber Home Loans INC. jblank@pincuslaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Preston D. Jaquish | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Feb 10, 2023 | Form ID: pdf900 | Total Noticed: 1 |

                    on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
                    on behalf of Debtor Michael A. Dzurko niclowlgl@comcast.net

Scott R. Lowden
                    on behalf of Joint Debtor Amy L. Dzurko niclowlgl@comcast.net

Sindi Mncina
                    on behalf of Creditor Caliber Home Loans  INC. smncina@rascrane.com

Thomas Song
                    on behalf of Creditor Caliber Home Loans  INC. pawb@fedphe.com

TOTAL: 11