IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| Michael A. Dzurko | ) | Bankruptcy No. 19-23105 CMB |
| Amy L. Dzurko | ) | |
| Debtor(s) | ) | |
| | ) | Chapter 13 |
| Scott R. Lowden, Esquire | ) | |
| Applicant(s) | ) | |
| v. | ) | Doc. No. 71 |
| No Respondent | ) | |
| Respondent(s) | ) | **ENTERED BY DEFAULT** |

## ORDER OF COURT

AND NOW, this __2nd__ day of _____April_____, 2024, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date attorney fees and costs are found to be $7,739.00, of which $7,535.00 are attorney fees and $204.00 are costs, and that the total previously allowed Attorney's Fees and Costs were $5,588.50. This award covers the period from 3/14/2022 to 3/15/2024.

Therefore, the Application in its face amount of $2,150.50 for additional compensation for services rendered by Rice & Associates Law Firm as Attorney for Debtor(s) are allowed, and the total additional sum of $2,150.50 is to be paid to Rice & Associates Law Firm as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Rice & Associates Law Firm, pursuant to prior confirmed Plan(s) at $110.00 per month.

Further, the Clerk shall record the award of additional compensation for services rendered between March 14, 2022 and March 15, 2024 in the amount of **$2,117.50** and expenses in the amount of **$33.00** for a total of **$2,150.50**. The total award of compensation for services to date is **$7,535.00** and expenses in the amount of **$204.00** for a grand total in the amount of **$7,739.00.**

BY THE COURT:

_Carlota M. Böhm_
dmr

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

FILED
4/2/24 1:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-23105-CMB
Michael A. Dzurko     Chapter 13
Amy L. Dzurko
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Apr 02, 2024     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2024:**

**Recip ID     Recipient Name and Address**
db/jdb     + Michael A. Dzurko, Amy L. Dzurko, 1923 Avella Road, Avella, PA 15312-2371

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2024 at the address(es) listed below:

**Name     Email Address**

David A. Rice
    on behalf of Debtor Michael A. Dzurko ricelaw1@verizon.net  lowdenscott@gmail.com

David A. Rice
    on behalf of Joint Debtor Amy L. Dzurko ricelaw1@verizon.net  lowdenscott@gmail.com

Denise Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com

Gary W. Darr
    on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

Jerome B. Blank
    on behalf of Creditor Caliber Home Loans  INC. jblank@pincuslaw.com, brausch@pincuslaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Apr 02, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
    on behalf of Debtor Michael A. Dzurko lowdenscott@gmail.com

Scott R. Lowden
    on behalf of Joint Debtor Amy L. Dzurko lowdenscott@gmail.com

Sindi Mncina
    on behalf of Creditor Caliber Home Loans  INC. smncina@raslg.com

Thomas Song
    on behalf of Creditor Caliber Home Loans  INC. pawb@fedphe.com

TOTAL: 11