# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  MICHAEL A. DZURKO<br>AMY L. DZURKO<br>       Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  MICHAEL A. DZURKO<br>AMY L. DZURKO<br><br>     Respondents | Case No. 19-23105CMB<br><br><br>Chapter 13<br><br><br>Document No. 79 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  9th  day of September, 2024, it is hereby ORDERED, ADJUDGED, and DECREED that,

Allegheny Health Network/West Penn Allegh Health++
Attn: Payroll Manager
30 Isabella St Ste 300*
Pittsburgh, PA 15212

is hereby ordered to immediately terminate the attachment of the wages of MICHAEL A. DZURKO, social security number XXX-XX-9122. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MICHAEL A. DZURKO.

BY THE COURT:

_Carlota M. Böhm_  dmr
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

FILED
9/9/24 3:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                 Case No. 19-23105-CMB

Michael A. Dzurko                                                                                                            Chapter 13

Amy L. Dzurko

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: auto                                          Page 1 of 2
Date Rcvd: Sep 09, 2024                    Form ID: pdf900                                 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael A. Dzurko, Amy L. Dzurko, 1923 Avella Road, Avella, PA 15312-2371 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2024                                    Signature:                /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2024 at the address(es) listed below:

**Name**                              **Email Address**

David A. Rice
                on behalf of Debtor Michael A. Dzurko ricelaw1@verizon.net  lowdenscott@gmail.com

David A. Rice
                on behalf of Joint Debtor Amy L. Dzurko ricelaw1@verizon.net  lowdenscott@gmail.com

Denise Carlon
                on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com

Gary W. Darr
                on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

Jerome B. Blank
                on behalf of Creditor Caliber Home Loans  INC. jblank@pincuslaw.com, brausch@pincuslaw.com

Office of the United States Trustee

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Sep 09, 2024 | Form ID: pdf900 | Total Noticed: 1 |

                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

Scott R. Lowden
                    on behalf of Debtor Michael A. Dzurko lowdenscott@gmail.com

Scott R. Lowden
                    on behalf of Joint Debtor Amy L. Dzurko lowdenscott@gmail.com

Sindi Mncina
                    on behalf of Creditor Caliber Home Loans INC. smncina@raslg.com

Thomas Song
                    on behalf of Creditor Caliber Home Loans INC. pawb@fedphe.com


TOTAL: 11