| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Michael A. Dzurko<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx−xx−9122<br>EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Amy L. Dzurko<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx−xx−0289<br>EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:    19−23105−CMB | | |

## Order of Discharge                                                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael A. Dzurko                                             Amy L. Dzurko

12/13/24                                                              **By the court:** Carlota M Bohm
                                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael A. Dzurko  
Amy L. Dzurko  
    Debtors

Case No. 19-23105-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 4  
Date Rcvd: Dec 13, 2024    Form ID: 3180W    Total Noticed: 51

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

**+**    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**^**    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael A. Dzurko, Amy L. Dzurko, 1923 Avella Road, Avella, PA 15312-2371 |
| 15100106 | + | CBCS / Spartan Health, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15100112 | + | Credit Management / UPMC Tuition, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15100118 | + | I C System Inc / Ambulatory Anethesia, Attn: Bankruptcy, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 15100126 | + | Transworld Sys Inc/51 / Greater Wash Rad, Attn: Bankruptcy, Po Box 15618, Wilmington, DE 19850-5618 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Dec 14 2024 04:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2024 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 14 2024 04:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2024 23:40:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Dec 14 2024 04:33:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Dec 14 2024 04:33:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Dec 14 2024 04:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15138157 | | EDI: GMACFS.COM | Dec 14 2024 04:33:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15100102 | + | EDI: GMACFS.COM | Dec 14 2024 04:33:00 | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 15119729 | | Email/PDF: bncnotices@becket-lee.com | Dec 13 2024 23:50:14 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15100103 | + | Email/PDF: bncnotices@becket-lee.com | Dec 14 2024 00:15:48 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |

Case 19-23105-CMB    Doc 93    Filed 12/15/24    Entered 12/16/24 00:28:05    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 13, 2024 | Form ID: 3180W | Total Noticed: 51 |

| Recipient # | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 15136954 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Dec 13 2024 23:40:00 | CALIBER HOME LOANS, INC., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 15128804 | | EDI: CRFRSTNA.COM | Dec 14 2024 04:33:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 15100104 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Dec 13 2024 23:40:00 | Caliber Home Loans, Attn: Cash Operations, Po Box 24330, Oklahoma City, OK 73124-0330 |
| 15100105 | + | EDI: CAPITALONE.COM | Dec 14 2024 04:33:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15120151 | | EDI: CAPITALONE.COM | Dec 14 2024 04:33:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15135575 | | Email/PDF: bncnotices@becket-lee.com | Dec 14 2024 00:02:59 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15100107 | + | EDI: CITICORP | Dec 14 2024 04:33:00 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15100108 | + | EDI: CITICORP | Dec 14 2024 04:33:00 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15138081 | | EDI: CITICORP | Dec 14 2024 04:33:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15100109 | + | EDI: WFNNB.COM | Dec 14 2024 04:33:00 | Comenity Bank/Giant Eagle, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15100110 | + | EDI: WFNNB.COM | Dec 14 2024 04:33:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15100111 | + | EDI: CRFRSTNA.COM | Dec 14 2024 04:33:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15100115 | | EDI: DISCOVER | Dec 14 2024 04:33:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15100114 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 13 2024 23:40:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15100113 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 13 2024 23:40:00 | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15103149 | | EDI: DISCOVER | Dec 14 2024 04:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15100116 | | Email/Text: SAABankruptcy@fcbanking.com | Dec 13 2024 23:40:00 | First Commonwealth Bank, Attn: Bankruptcy, Po Box 400, Indiana, PA 15701 |
| 15104416 | ^ | MEBN | Dec 13 2024 23:39:16 | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15100117 | + | Email/Text: bankruptcy.notices@hdfsi.com | Dec 13 2024 23:40:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 15118156 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Dec 13 2024 23:40:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15100119 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 13 2024 23:40:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15135899 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 14 2024 00:03:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15323553 | + | EDI: AISMIDFIRST | Dec 14 2024 04:33:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15137314 | | EDI: PRA.COM | Dec 14 2024 04:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15100120 | + | EDI: SYNC | Dec 14 2024 04:33:00 | Paypal Credit, P.O. Box 960061, Orlando, FL 32896-0061 |
| 15136180 | | EDI: Q3G.COM | Dec 14 2024 04:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15100479 | ^ | MEBN | Dec 13 2024 23:39:06 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15100121 | + | EDI: SYNC | Dec 14 2024 04:33:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15100122 | + | EDI: SYNC | Dec 14 2024 04:33:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15100123 | + | EDI: SYNC | Dec 14 2024 04:33:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15100124 | + | EDI: SYNC | Dec 14 2024 04:33:00 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15100125 | + | EDI: SYNC | Dec 14 2024 04:33:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15111998 | | EDI: USBANKARS.COM | Dec 14 2024 04:33:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 15100127 | + | EDI: USBANKARS.COM | Dec 14 2024 04:33:00 | US Bank/RMS CC, Attn: Bankruptcy, Po Box 6351, Fargo, ND 58125-6351 |
| 15109017 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 13 2024 23:40:00 | US Department of Education c/o Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |
| 15100128 | + | EDI: VERIZONCOMB.COM | Dec 14 2024 04:33:00 | Verizon, P.O. Box 489, Newark, NJ 07101-0489 |
| 15138762 | | EDI: AIS.COM | Dec 14 2024 04:33:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Caliber Home Loans, INC. |
| cr | | MIDFIRST BANK |
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15176678 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brent J. Lemon | on behalf of Creditor MIDFIRST BANK blemon@kmllawgroup.com lemondropper75@hotmail.com |
| David A. Rice | on behalf of Joint Debtor Amy L. Dzurko ricelaw1@verizon.net lowdenscott@gmail.com |
| David A. Rice | on behalf of Debtor Michael A. Dzurko ricelaw1@verizon.net lowdenscott@gmail.com |
| Denise Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Jerome B. Blank | on behalf of Creditor Caliber Home Loans INC. jblank@pincuslaw.com, brausch@pincuslaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Michael A. Dzurko lowdenscott@gmail.com |
| Scott R. Lowden | on behalf of Joint Debtor Amy L. Dzurko lowdenscott@gmail.com |
| Sindi Mncina | on behalf of Creditor Caliber Home Loans INC. smncina@raslg.com |
| Thomas Song | on behalf of Creditor Caliber Home Loans INC. pawb@fedphe.com |

TOTAL: 12