IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MICHAEL A. DZURKO
AMY L. DZURKO
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-23105

Chapter 13

Document No.: 84

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __13th__ day of __December__, 20__24__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
12/13/24 4:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE    **dmr**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23105-CMB |
| Michael A. Dzurko | Chapter 13 |
| Amy L. Dzurko | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Dec 13, 2024 | Form ID: pdf900 | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael A. Dzurko, Amy L. Dzurko, 1923 Avella Road, Avella, PA 15312-2371 |
| 15100106 | + | CBCS / Spartan Health, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15100112 | + | Credit Management / UPMC Tuition, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15100118 | + | I C System Inc / Ambulatory Anethesia, Attn: Bankruptcy, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 15100126 | + | Transworld Sys Inc/51 / Greater Wash Rad, Attn: Bankruptcy, Po Box 15618, Wilmington, DE 19850-5618 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 14 2024 00:04:04 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 14 2024 00:03:32 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 14 2024 01:16:20 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15138157 | | Email/Text: ally@ebn.phinsolutions.com | Dec 13 2024 23:40:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15100102 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 13 2024 23:40:00 | Ally Financial, 200 Renaissance Ctr # B0, Detroit, MI 48243-1300 |
| 15119729 | | Email/PDF: bncnotices@becket-lee.com | Dec 14 2024 00:15:47 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15100103 | + | Email/PDF: bncnotices@becket-lee.com | Dec 14 2024 00:15:34 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15136954 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Dec 13 2024 23:40:00 | CALIBER HOME LOANS, INC., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 15128804 | | Email/Text: BKPT@cfna.com | Dec 13 2024 23:40:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 15100104 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Dec 13 2024 23:40:00 | Caliber Home Loans, Attn: Cash Operations, Po Box 24330, Oklahoma City, OK 73124-0330 |
| 15100105 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 13 2024 23:50:40 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15120151 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 13 2024 23:51:32 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15135575 | | Email/PDF: bncnotices@becket-lee.com | Dec 14 2024 00:03:53 | Capital One, N.A., c/o Becket and Lee LLP, PO |

Case 19-23105-CMB   Doc 94   Filed 12/15/24   Entered 12/16/24 00:28:05   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 13, 2024 | Form ID: pdf900 | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | | Box 3001, Malvern PA 19355-0701 |
| 15100107 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2024 00:15:16 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15100108 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2024 00:02:55 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15138081 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2024 00:02:56 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15100109 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2024 23:40:00 | Comenity Bank/Giant Eagle, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15100110 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2024 23:40:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15100111 | + | Email/Text: BKPT@cfna.com | Dec 13 2024 23:40:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15100115 | | Email/Text: mrdiscen@discover.com | Dec 13 2024 23:40:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15100114 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 13 2024 23:40:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15100113 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 13 2024 23:40:00 | Department of Education/Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 15103149 | | Email/Text: mrdiscen@discover.com | Dec 13 2024 23:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15100116 | | Email/Text: SAABankruptcy@fcbanking.com | Dec 13 2024 23:40:00 | First Commonwealth Bank, Attn: Bankruptcy, Po Box 400, Indiana, PA 15701 |
| 15104416 | ^ | MEBN | Dec 13 2024 23:39:17 | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15100117 | + | Email/Text: bankruptcy.notices@hdfsi.com | Dec 13 2024 23:40:00 | Harley Davidson Financial, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 15118156 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Dec 13 2024 23:40:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15100119 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 13 2024 23:40:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15135899 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2024 23:50:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15323553 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 14 2024 00:15:24 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15137314 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 14 2024 00:04:08 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15100120 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 13 2024 23:50:36 | Paypal Credit, P.O. Box 960061, Orlando, FL 32896-0061 |
| 15136180 | | Email/Text: bnc-quantum@quantum3group.com | Dec 13 2024 23:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15100479 | ^ | MEBN | Dec 13 2024 23:39:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15100121 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 13 2024 23:51:34 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15100122 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 14 2024 01:16:22 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15100123 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| | | | Dec 14 2024 00:03:58 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15100124 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 14 2024 00:15:27 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15100125 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 14 2024 01:16:18 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15111998 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 13 2024 23:40:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 15100127 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 13 2024 23:40:00 | US Bank/RMS CC, Attn: Bankruptcy, Po Box 6351, Fargo, ND 58125-6351 |
| 15109017 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 13 2024 23:40:00 | US Department of Education c/o Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |
| 15100128 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 13 2024 23:40:00 | Verizon, P.O. Box 489, Newark, NJ 07101-0489 |
| 15138762 | | Email/PDF: ebn_ais@aisinfo.com | Dec 13 2024 23:50:14 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Caliber Home Loans, INC. |
| cr | | MIDFIRST BANK |
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15176678 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2024　　　　　Signature:　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor MIDFIRST BANK blemon@kmllawgroup.com lemondropper75@hotmail.com |
| David A. Rice | on behalf of Joint Debtor Amy L. Dzurko ricelaw1@verizon.net lowdenscott@gmail.com |
| David A. Rice | on behalf of Debtor Michael A. Dzurko ricelaw1@verizon.net lowdenscott@gmail.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Dec 13, 2024 | Form ID: pdf900 | Total Noticed: 49 |

Denise Carlon
                on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com

Gary W. Darr
                on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

Jerome B. Blank
                on behalf of Creditor Caliber Home Loans  INC. jblank@pincuslaw.com, brausch@pincuslaw.com

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

Scott R. Lowden
                on behalf of Debtor Michael A. Dzurko lowdenscott@gmail.com

Scott R. Lowden
                on behalf of Joint Debtor Amy L. Dzurko lowdenscott@gmail.com

Sindi Mncina
                on behalf of Creditor Caliber Home Loans  INC. smncina@raslg.com

Thomas Song
                on behalf of Creditor Caliber Home Loans  INC. pawb@fedphe.com

TOTAL: 12